IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH F. HERVEY                                                                                            PLAINTIFF

vs.                                              4:06CV01100-WRW

BUG MAN, et al                                                                                          DEFENDANTS

## ORDER

Pending is the Plaintiff's Motion for Re-Issuance of Summons as to separate defendant, McDonald's (doc #10), in the above styled matter. The Motion is GRANTED and the Clerk is directed to issue summons to separate defendant, McDonald's, at the address provided by the plaintiff in his Motion. The United States Marshal is directed to serve the summons and complaint on the defendant without prepayment of fees and costs.

IT IS SO ORDERED this 16th day of November, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ordsumm.address.wpd